**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**YVONNE CRAWFORD COX,**

     **Plaintiff,**

**vs.**                                **Case No. 1:12cv173-SPM/CAS**

**SOCIAL SECURITY ADMINISTRATION,
et al.,**

     **Defendants.**

_____/


**REPORT AND RECOMMENDATION**

     A Court Order was entered on September 11, 2012, directing the pro se Plaintiff

to file a second amended complaint.  Doc. 11.  Plaintiff was directed to file the second

amended complaint no later than October 10, 2012, and Plaintiff was advised that if she

failed to comply with that Order, a recommendation could be made to dismiss this

action.  Doc. 11 at 2.  As of this date, Plaintiff has not complied and this case should be

dismissed for failure to prosecute and for failure to comply with a Court Order.

     Plaintiff shall have a fifteen day period in which to file a motion for

reconsideration to this report and recommendation.  Plaintiff must demonstrate good

cause for her failure to comply, and Plaintiff must simultaneously submit the second amended complaint as previously directed.  Doc. 11.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and because Plaintiff has failed to submit a second amended complaint as previously directed.

**IN CHAMBERS** at Tallahassee, Florida, on October 22, 2012.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**