IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVONNE CRAWFORD COX,

    Plaintiff,

v.                                                 CASE NO.: 1:12cv173-SPM/CAS

MICHAEL J. ASTRUE as
Commissioner of the Social Security
Administration,

    Defendant.

_____/

## **ORDER**

        This cause comes before the Court upon the Magistrate Judge's Report and Recommendation dated October 22, 2012 (doc. 12). Plaintiff was furnished a copy of the report and has filed a response (doc. 14) and a proposed amended complaint (doc. 15). The Magistrate Judge previously ordered the Plaintiff to file a second amended complaint no later than October 10, 2012. However, the Plaintiff failed to meet the deadline.  Accordingly, the Magistrate Judge recommended that unless the Plaintiff demonstrated good cause for her failure to comply with the previous order while simultaneously submitting a second amended order, then this case should be dismissed for failure to prosecute and

for failure to comply with a court order.

Plaintiff argues that she was unable to find legal representation in a timely manner and that she was supplied incomplete instructions on how to prepare an amendment. Plaintiff also notes that she has been dealing with personal issues including but not limited to medical illness and domestic violence. Also, in compliance with the Magistrate Judge's Report and Recommendation, Plaintiff filed an amended complaint. Good cause having been found, it is hereby ORDERED AND ADJUDGED that this case is remanded back to the Magistrate Judge for reconsideration and further proceedings.

SO ORDERED this 16th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge